LOCAL BANKRUPTCY FORM 9014-3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: ROY TURNER                           :    Chapter 13
       Debtor                        :    No. 22-11127-mdc

\* \* \* \* \* \* \* \* \*

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

THE COBBLESTONES AT CHESTNUT HILL has filed a MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTIONS 362(a) and (e)(1) of the Bankruptcy Code with the Court for relief from the automatic stay granted by the Court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before Thursday, October 27, 2022 you or your Attorney must do all of the following:

(a) file an answer explaining your position at:

Office of the Clerk of the
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Federal Courthouse and Post Office Building
900 Market Street, Room 400
Philadelphia, PA  19106

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

GLENN M. ROSS, ESQUIRE
630 A Germantown Pike
Lafayette Hill, PA 19444
Telephone:  (215) 643-7200
Facsimile:  (215) 643-7205

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before The Honorable Judge Magdeline D. Coleman on <u>Tuesday, November 8, 2022 at 10:30 A.M. in Courtroom Number 4</u>, United States Bankruptcy Court, Robert N.C. Nix Federal Courthouse and Post Office Building, 900 Market Street, Philadelphia, Pennsylvania 19106.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.


DATED:    October 13, 2022